# UNITED STATES DISTRICT COURT
## Middle District of North Carolina

MARRIS JERMAINE WILSON,  )
                         )
            Petitioner,  )    1:05CV270
                         )
      v.                 )
                         )
NORA HUNT, Superintendent, )
                         )
            Respondent.  )

### J-U-D-G-M-E-N-T

For the reasons set forth in the order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Respondent's motion for summary judgment [Pleading no. 6] be **GRANTED**, that Petitioner's petition for writ of habeas corpus [Pleading no. 1] be **DENIED**, and that this action be, and is hereby, dismissed with prejudice. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

_____
United States District Judge

DATE: February 23, 2006